KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **To**: | CLERK, UNITED STATES BANKRUPTCY COURT |
| **Re**: | UNDISTRIBUTED FUNDS - 3011 |
| **Case No.**: | **LA13-17485-SK** |
| **Debtor(s)**: | Rosa Elida Leonor<br>16827 S Berendo Avenue<br>Gardena, CA 90247 |

Explanation of Source:    Transmitted herewith for deposit into the Court registry is the check identified below.  Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds.  Consequently, this check represents undistributed funds in the above referenced matter.

| **PAYEE** | **AMOUNT** | **CHECK NUMBER** |
|---|---|---|
| Rosa Elida Leonor | $916.54 | 1135289 |
| 16827 S Berendo Avenue<br>Gardena, CA 90247 | | |

DATED: June 5, 2017

Kathy A. Dockery
Chapter 13 Trustee